IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

LoTonia Y. Spann,
    Plaintiff,

v.

Vanderbilt Mortgage and Finance, Inc.,
    Defendant.

Civil Action No. 2:25-cv-06539-BHH-MHC

## OBJECTION TO REPORT AND RECOMMENDATION (ECF No. 21)

TO THE HONORABLE DISTRICT COURT JUDGE:

Plaintiff, LoTonia Y. Spann ("Plaintiff"), respectfully submits this Objection to the Report and Recommendation entered on November 19, 2025 (ECF No. 21). Plaintiff acknowledges the Court's review and provides this objection to clarify the procedural posture of the case and confirm that all required corrections under ECF Nos. 19 and 20 have now been completed.

1. Clarification of the November 19, 2025 Docket Activity
On November 19, 2025, the Court issued both the Proper Form Order (ECF No. 19) and the Report and Recommendation (ECF No. 21). Because these entries were issued the same day, Plaintiff could not reasonably comply with the Proper Form Order before the R&R was entered. The case was still in its required correction phase when the R&R was drafted.

2. Certification of Compliance with Proper Form Order (ECF No. 19)
Plaintiff confirms that she has completed every requirement outlined in the Proper Form Order. Specifically, Plaintiff has:
• Corrected formatting and signature issues;
• Provided handwritten signatures;
• Confirmed and supplied the correct mailing address;
• Prepared and submitted Form USM-285 for service;
• Filed detailed responses addressing ECF Nos. 19 and 20;
• Delivered the required filings to the Clerk as instructed.
Plaintiff files this Objection only after ensuring full compliance with Court instructions.

RCV'D - USDC - CHAS, SC
2025 NOV 24 PM 3:19

3. The Report and Recommendation Is Premature

Respectfully, the R&R recommending dismissal was based on the docket posture before Plaintiff completed proper-form compliance. Now that all deficiencies are cured, dismissal would be improper and inconsistent with the purpose of the Proper Form Order.

4. Request for Relief

Plaintiff respectfully requests that the District Judge reject the Report and Recommendation (ECF No. 21), deem the case to be in proper form, and permit the matter to proceed to service of process by the U.S. Marshals Service.

5. Exhibits

Exhibit A – Plaintiff's Response to Proper Form Order (ECF No. 19)
Exhibit B – Plaintiff's Response to Clerk's Notice (ECF No. 20)

Respectfully submitted,

*LoTonia Yvette Spann*

LoTonia Yvette Spann
645 Ann Lane
Cross, SC 29436
Phone: 854-278-9495
Email: spannlotonia@gmail.com
Date: Nov. 24. 2025